contrary to paragraph 13 of the lease, which permits the landlord to change the arrangement and/or location of stairs and other public parts of the building. Plaintiff's reliance upon paragraph 40 of the lease, wherein it is given the right to do remodeling "in, to, on or about the demised premises and building shafts", is unjustified. A lease of an entire floor in a multitenant building is not intended to include stairs, corridors, landings and other common areas (1 Friedman, Leases § 3.1, at 24 [2d ed 1983]). Nothing in the subject lease is to the contrary.

With respect to the air conditioning, plaintiff has refused to avail itself of the new water-cooled air-conditioning system constructed for the building's addition, which is currently being used to air condition the second and third floors of plaintiff's premises, and has chosen instead to install an air-cooled air-conditioning system, which occupies 360 square feet of space and cools only one fourth of the floor, requiring additional space to accommodate equipment to cool the remainder of the floor. Since defendants represent that they can hook up the entire fourth floor to their new air-conditioning system through installations in the ceiling, without taking up any floor space whatever, it was not reasonable for plaintiff to declare an infringement with respect to the air conditioning. Concur—Murphy, P. J., Sullivan, Asch, Rosenberger and Wallach, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DIANNE BALLARD, Appellant.—Judgment, Supreme Court, New York County (Thomas Galligan, J.), rendered on November 28, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833). We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Sandler, Carro, Kassal and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT HARRISON, Appellant.—Judgment, Supreme Court, New York County (Carol Berkman, J.), rendered on June 5, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and